# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2794

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Gerald McElroy, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 9, 2001

Filed: January 19, 2001

_____

Before WOLLMAN, Chief Judge, HANSEN, Circuit Judge, and JONES,[1]
   District Judge.

_____

PER CURIAM.

Gerald McElroy pled guilty in district court[2] to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  Prior to sentencing, the district court determined, pursuant to our decision in United States v. Hascall, 76 F.3d

---

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

902 (8th Cir. 1996), that McElroy's previous conviction for burglary of a commercial building constituted a crime of violence for the purposes of U.S.S.G. § 2K2.1. Accordingly, the district court increased McElroy's base offense level from 20 to 24 and sentenced McElroy to an 87 month term of imprisonment.

McElroy urges us to reverse the district court, overrule <u>Hascall</u>, and hold that his burglary conviction was not a crime of violence. As McElroy recognizes, however, we are bound by Hascall, because "one panel is not at liberty to overrule a decision of another panel." <u>United States v. Prior</u>, 107 F.3d 654, 660 (8th Cir. 1997).

Accordingly, the sentence is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.